IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| VINCENT P. BRESNAHAN, JR.<br>*Plaintiff*<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br>*Defendant.* | CIVIL ACTION NO. 6:10-CV-29<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the court upon consideration of the Commissioner of Social Security's ("Commissioner") motion for summary judgment (docket no. 24), the Magistrate Judge's report and recommendation (docket no. 29), and the Commissioner's timely objections thereto. For the reasons set forth in the accompanying memorandum opinion, I decline to adopt the report and recommendation, and hereby GRANT the Commissioner's motion.

The Clerk of the court is directed to send a certified copy of this order to all counsel of record, and to the Plaintiff, and to strike this case from the active docket of the court.

Entered this 25th day of August, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE